ORDER OF MULTIDISTRICT LITIGATION PANEL

 Order Pronounced November 29, 2005

03-0895 UNION CARBIDE v. AUDREY AMELIA ADAMS, ET AL.

 Order Concerning Pre-September 1, 2003 Asbestos Cases

 On December 30, 2003 this panel granted a motion to transfer certain
asbestos cases to a pretrial judge pursuant to Rule of Judicial
Administration 13. On January 13, 2004 the panel named Judge Mark
Davidson, Judge of the 11th District court of Harris County, as pretrial
judge and transferred the cases to him.
 At that time the panel's authority was limited to civil actions filed
on or after September 1, 2003. During the last legislative session,
however, the Legislature amended the Civil Practice and Remedies Code by
adding Chapter 90, entitled "Claims Involving Asbestos and Silica." Section
90.010 applies the MDL rules retroactively to pending cases involving
claims for asbestos-related injuries filed before September 1, 2003, with
certain exceptions.
 The panel hereby designates Judge Davidson as the pretrial judge in
any cases that were filed before September 1, 2003 and that are transferred
to MDL pursuant to section 90.010 or any rules promulgated by the Supreme
Court to effectuate Chapter 90.